# Exhibit B

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Houston Bigelow, Individually, and as P.R. of the Estate of Mary Bigelow, Deceased, | * * * * |
| Plaintiffs, | * Case No.: 1001471-RLW |
| | * Judge Robert L. Wilkins |
| v. | * |
| | * |
| Elwin Bustos, M.D., et al., | * |
| | * |
| Defendants. | * |

### AFFIDAVIT OF DORIS V. PABLO-BUSTOS, M.D.

I, Doris V. Pablo-Bustos, M.D., am over the age of eighteen (18) and I am competent to testify as to the facts set forth herein. I do solemnly swear under penalties of perjury that the following facts are true:

1. My business address registered with the District of Columbia Health Professional Licensing since at least September, 2008 was: 1140 Varnum Street, NE, #105, Washington, DC 20017.

2. My home address is: 910 Helga Place, McLean, Virginia 22102.

3. I was never served at my registered business address, home address, or anywhere else, with any document notifying me that I was an intended defendant in any legal action by Mary Bigelow or Houston Bigelow.

4. I was never made aware, through any means that I was an intended defendant in any potential lawsuit by Mary Bigelow or Houston Bigelow until after the above-referenced lawsuit was filed.

5. I was not aware of the alleged legal basis for Mary Bigelow or Houston Bigelow's claims, or the alleged type and extent of the losses claimed to have been suffered; nor was I

aware of any information regarding the injuries allegedly suffered, until after the above-referenced lawsuit was filed.

6. I not provided notice of the claims against me until after the above-referenced lawsuit was filed.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY AND PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE.

_2/19/13_  _____
Date   Doris V. Pablo-Bustos, M.D.

NOTARY

STATE OF Maryland

CITY/COUNTY OF Montgomery

I HEREBY CERTIFY that on this 19th day of February, 2013, before me, a Notary Public of the State and City/County aforesaid, personally appeared Doris V. Pablo-Bustos, M.D., and made oath in due form of law that the foregoing Consent Agreement and Order was his voluntary act and deed.

AS WITNESS my hand and notarial seal.

_Sharon L Brown_
Notary Public
My Commission expires: 3/26/2014

-2-