# Exhibit C

# THE**RICH**FIRM.PC

A FULL-SERVICE LITIGATION AND TRIAL PRACTICE LAW FIRM

Archie L. Rich II (DC, PA)
*Principal*

*Of Counsel*
Michael Wilson, M.D., J.D. (DC)
Arthur Schwartz. M.D., J.D. (CC, MD)

Thursday, May 14, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUEST**

The Washington Hospital Center
110 Irving Street, NW
Washington, DC  20010
Telephone:  (202) 877-7000
Facsimile:  (202) 877-3263

      Attention:
      Sarah Shackelford. R.N.  (410) 772-6639
      MedStar Health
      5565 Sterrett Place, 5th Floor
      Columbia, MD 21044
      (410) 772-6500
      Fax (410) 715-3754
      Email:  sarah.shackelford@medstar.net

      Dr. Cosette O. Jamieson
      106 Irving Street, N.W., #2500
      Washington, DC 20010
      Telephone: (202) 877-5408
      Facsimile:  (202) 722-0505

      Dr. Monica Srivasta
      110 Irving Street N.W.
      Washington, DC 20010
      Telephone:  (202) 877-7000

      Dr. Elwin G. Bustos
      1160 Varnum Street, N.E.
      Washington, DC 20018
      Telephone: (202) 269-6430
      Facsimile: (202) 269-6598

Thursday, May 14, 2009
Page two of three

Dr. Adedamola Adegbenro  (RESIDENT)
110 Irving Street N.W.
Washington, DC 20010
Telephone:  (202) 877-7000

Dr. Rogelio Sion
2802 Rhode Island Avenue, N.E.
Washington, DC 20018
Telephone:  (301) 749-0300

Dr. Lemi Luu
c/o Ms. Keely Boyle
Department of Emergency Medicine
110 Irving Street N.W., Rm. NA-1177
Washington, DC 20010
Telephone:  (202) 877-7000

Dr. Carolyn Phillips
c/o Ms. Keely Boyle
Department of Emergency Medicine
110 Irving Street N.W., Rm. NA-1177
Washington, DC 20010
Telephone:  (202) 877-7000

## NOTICE OF INTENTION TO FILE SUIT PURSUANT TO SECTION 16-2802
## DISTRICT OF COLUMBIA OFFICIAL CODE

RE:  Patient:            Mary Bigelow
     Dates of Service:   Admission on 09/03/08 and after
     Date of Birth:      11/14/33
     Our file number:    060509002

To Whom It May Concern::

Pursuant to section 16-2802 of the District of Columbia Official Code, this letter constitutes the required 90-day notice on behalf of Mary Bigelow, to proceed with a lawsuit against the above-named defendants, and their servants, employees, subsidiaries, and actual and apparent agents, for potential negligence arising from treatment provided to Mary Bigelow during the time period of September, 2008 and subsequently.  This notice concerns the patient's health care providers' failure to check for, and supply, needed electrolytes during the three-day period after her admission, while she underwent a battery of diagnostic tests including a CXR, ECG, CT Scan and ultrasound.  Her providers were aware of the patient's prior medical history which included a prescription for Potassium supplements.  The patient's severely low Potassium and Magnesium levels caused the patient to go into near-fatal cardiac arrest.

**Thursday, May 14, 2009**
**Page three of three**

  This notice also pertains to potential negligence in the decision to surgically remove the patient's pacemaker and perform the surgical insertion of a new pacemaker with an Automatic Implanted Cardioverter Defibrillator (AICD), neither of which procedure was medically indicated.  The patient has suffered substantial losses in degradation of her health, mobility and vitality as a result of the above-noticed conduct.

  Thank you very much for your attention to this matter.  If you have any questions or concerns, please do not hesitate to contact me.

    Very truly yours,

    Archie L. Rich II, Esq.

ALR/jlm