# Exhibit D

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |

### Welcome to Washington District of Columbia

## Health Professional Licensing Administration 

**DOH HOME**

**HPLA HOME**

**SERVICES**
Professional Licensing
Boards/Regulations
Online Professional
License Search
Online License Application
Online License Renewal

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Licensee Details
Data current as of: February 20, 2013

| | | | |
|---|---|---|---|
| **Name\Phone**<br>DORIS V PABLO-BUSTOS<br>2022696430 | | **Business Address**<br>SUITE 213<br>1140 VARNUM ST NE#105<br>WASHINGTON DC 20017 | |
| **Number:**<br>MD30307 | **Profession:**<br>MEDICINE | **Type:**<br>MEDICINE AND SURGERY | **Obtained By Method:**<br>Flex Exam Waiver |
| **From State/Prov:**<br>NA | **Issue Date:**<br>7/8/1997 | **Expiration Date:**<br>12/31/2014 | **Status:**<br>Active |
| | | **Temp. Issue Date:** | **Temp. Expire Date:** |

**Specialty Information (as reported by Licensee)**

| Internal Medicine |
|---|
| Internal Medicine - Board Certified |

**Discipline Information from 1996 to Present - Please click item(s) below to view public orders.**

| NONE |
|---|

Government of the District of Columbia
Citywide Call Center : (202) 727-1000

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004