# Exhibit E



--- On **Mon, 8/30/10**, John Lowe <*johnlowe@johnlowepc.com*> wrote:

From: John Lowe <johnlowe@johnlowepc.com>

1

Subject: Emergency deposition in law suit
To: bustosnassociates@yahoo.com
Date: Monday, August 30, 2010, 2:04 PM

Dr. Doris V. Pablo-Bustos
Dr. Elwin Bustos

A law suit is being filed against you in federal court in Washington, D.C. today, Monday, August 30, 2010 by Huston and Mary Bigelow. Mary Bigelow is in extremis in Duke University Hospital, Durham, North Carolina and not expected to live more than a very short period in a hospice to which she will be transferred Wednesday afternoon if everything stays on schedule.

In order to preserve her testimony for eventual trial of the law suit, I will take her video deposition at 11 a.m., Wednesday, September 1, 2010, at the Duke University Hospital. You are invited to attend the deposition or have an attorney attend, if you wish. My contact information is shown below. My cell phone will be with me for the trip and is the best way to contact me (I will be leaving Tuesday morning). I anticipate that the deposition will be very brief and nontechnical, as Ms. Bigelow is in very grave medical condition.

This deposition was only set up last night late and I am giving you the earliest notice possible in order to enable you to make appropriate arrangements. I will send a copy of the Complaint and a formal notice of deposition that will be filed so you know the allegations that are being be made. These will not be formal service but only informational for you. Please reply and tell me if you wish for me to send the informational copy of the Complaint and deposition notice to this e-mail address or elsewhere.

Please phone me if you have any questions. 202-251-0437.

--John C. Lowe
Attorney for Huston and Mary Bigelow
Cell phone 202-251-0437 (best number to use)
Phone 301-320-3300 (home office)
e-mail: johnlowe@johnlowepc.com
CONFIDENTIALITY. The content of this email is intended solely for the designated addressee. If you have received this email and you are not the intended recipient, you are hereby notified that you may not copy or distribute this email. If you have received this email and you are not the intended recipient, you should delete this email from your system and contact John Lowe, P.C. by telephone at 301-320-3300 or via email.
****************************************************