UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Houston Bigelow, Individually, and <br> As P.R. of the Estate of Mary Bigelow, <br> Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> Washington Hospital Center, Inc. <br> et al., <br><br> Defendants. | Case No.: 1:10-cv-01471-RLW <br> Judge Robert L. Wilkins |

# Exhibit 1

# THE**RICH**FIRM, PC

A FULL-SERVICE LITIGATION AND TRIAL PRACTICE LAW FIRM

Archie L. Rich II (DC, PA)  
Principal

Of Counsel  
Michael Wilson, M.D., J.D. (DC)  
Arthur Schwartz, M.D., J.D. (DC, MD)

Thursday, May 14, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUEST**

The Washington Hospital Center
110 Irving Street, NW
Washington, DC 20010
Telephone: (202) 877-7000
Facsimile: (202) 877-3263

    Attention:
    Sarah Shackelford, R.N. (410) 772-6639
    MedStar Health
    5565 Sterrett Place, 5th Floor
    Columbia, MD 21044
    (410) 772-6500
    Fax (410) 715-3754
    Email: sarah.shackelford@medstar.net

    Dr. Cosette O. Jamieson
    106 Irving Street, N.W., #2500
    Washington, DC 20010
    Telephone: (202) 877-5408
    Facsimile: (202) 722-0505

    Dr. Monica Srivasta
    110 Irving Street N.W.
    Washington, DC 20010
    Telephone: (202) 877-7000

    Dr. Elwin G. Bustos
    1160 Varnum Street, N.E.
    Washington, DC 20018
    Telephone: (202) 269-6430
    Facsimile: (202) 269-6598

Case 1:10-cv-01471-RLW-DAR   Document 97-3   Filed 02/20/13   Page 3 of 4

Thursday, May 14, 2009
Page two of three

    Dr. Adedamola Adegbenro (RESIDENT)
    110 Irving Street N.W.
    Washington, DC 20010
    Telephone: (202) 877-7000

    Dr. Rogelio Sion
    2802 Rhode Island Avenue, N.E.
    Washington, DC 20018
    Telephone: (301) 749-0300

    Dr. Lemi Luu
    c/o Ms. Keely Boyle
    Department of Emergency Medicine
    110 Irving Street N.W., Rm. NA-1177
    Washington, DC 20010
    Telephone: (202) 877-7000

    Dr. Carolyn Phillips
    c/o Ms. Keely Boyle
    Department of Emergency Medicine
    110 Irving Street N.W., Rm. NA-1177
    Washington, DC 20010
    Telephone: (202) 877-7000

## NOTICE OF INTENTION TO FILE SUIT PURSUANT TO SECTION 16-2802
## DISTRICT OF COLUMBIA OFFICIAL CODE

RE:  Patient:          Mary Bigelow
      Dates of Service:  Admission on 09/03/08 and after
      Date of Birth:     11/14/33
      Our file number:   060509002

To Whom It May Concern::

Pursuant to section 16-2802 of the District of Columbia Official Code, this letter constitutes the required 90-day notice on behalf of Mary Bigelow, to proceed with a lawsuit against the above-named defendants, and their servants, employees, subsidiaries, and actual and apparent agents, for potential negligence arising from treatment provided to Mary Bigelow during the time period of September, 2008 and subsequently. This notice concerns the patient's health care providers' failure to check for, and supply, needed electrolytes during the three-day period after her admission, while she underwent a battery of diagnostic tests including a CXR, ECG, CT Scan and ultrasound. Her providers were aware of the patient's prior medical history which included a prescription for Potassium supplements. The patient's severely low Potassium and Magnesium levels caused the patient to go into near-fatal cardiac arrest.

Thursday, May 14, 2009
Page three of three

    This notice also pertains to potential negligence in the decision to surgically remove the patient's pacemaker and perform the surgical insertion of a new pacemaker with an Automatic Implanted Cardioverter Defibrillator (AICD), neither of which procedure was medically indicated. The patient has suffered substantial losses in degradation of her health, mobility and vitality as a result of the above-noticed conduct.

    Thank you very much for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Archie L. Rich II, Esq.

ALR/jlm