UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Houston Bigelow, Individually, and )
As P.R. of the Estate of Mary Bigelow, )
Deceased, )
                                      )
        Plaintiffs, )
                                        )    Case No.: 1:10-cv-01471-RLW
        v. )    Judge Robert L. Wilkins
                                        )
Washington Hospital Center, Inc. )
et al., )
                                        )
        Defendants. )
                                        )

# Exhibit 2

| Washington | INPATIENT | BIGELOW | | 14000022624076 |
|---|---|---|---|---|
| Hospital Center MedStar Health | VIP: | MARY | | 14000022624076 |

MR#1014037 MI L S.fix Acct# 22624076

| Adm SC: | Adm Priority: X | Service HOT | AM 5 | FAC EP | Location 1C12-B | Acct# 000022624076 | | Adm/Srv Date/Time 09/03/08 | 20:51 |

| Adm Phys BUSTOS, ELWIN G. | Code 039461 | Ref Phys SRIVASTAVA , MONICA | Resv Chk: PXS1 | VP# 1014037 |
| Attn Phys: BUSTOS, ELWIN C. | Cons 039461 | SRIVASTAVA , MONICA | Finan Class: H | Area: / | Type C |

Adm Complaint: WEAKNESS CHEST PAIN ABDOMINAL Transf Phys:

PATIENT INFO
**Patient:** BIGELOW / MARY
5139 12TH ST NE
WASHINGTON DC 20011-
Phone(H): 202-526-5104 Phone(O):
Empl: RTD/BELL ATLANTIC
Aux: RETIRED
RETIREE
Job Title:
SS#: 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
DOB: 11/14/1933
Age: 74 Sex F Race 2
Marital: M Relig: BAP Lang: KN
District CD: 100
S-Val

**Guarantor:** BIGELOW / MARY
5139 12TH ST NE
WASHINGTON DC 20011-
Empl: RTD/BELL ATLANTIC
Attr: RETIRED
RETIREE
SS#: 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
Relation: P
Phone(H): 202-526-5104
Phone(O):

**Contact:** BIGELOW / HOUSTON
5139 12TH ST NE
WASHINGTON DC 20011-
Phone(H): 202-526-5104 Phone(W):
Relation: H
Lname:
Fname:
Addr:
Phone(H): Phone(W):
Rel/Atty:

**Insurance:**
Ins 1: MEDICARE DOB: 1
1946 GREENSPRING DR
TIMONIUM MD 21093-
Name: AETNA\USHEALTHCARE PPO COB: 2
ABT PO BOX 981106
EL PASO TX 79998-
Benefits-hsa
Pre Cert Ph#
Name: CARIFIRST BLUE CROSS COB: 3
ABT PO BOX 96242
WASHINGTON DC 20090-
Benefits-hsa
Pre Cert Ph#

Subs: BIGELOW , MARY Ver N C# WD569970900 1
ID# 243526920A
Grp:
Auth:
Ver By:
Subs: BIGELOW , MARY
C# WD569970900 1
Grp: 81890001100001
Auth:
Ver N ID# 20319161A
Ver By:
Grp: 105
Auth:
Subs: BIGELOW , HOUSTON Ver N
ID# 203191614
Grp:
Auth:
Ver By:

| Med Entr 09/03/08 10:31 Pre Clk | Print By | DL M5 Date/Time 09/05/08 | 15:41 ResvSurg Date/Time 09/03/08 | 20:51 Discharge Date/Time |

PRINCIPAL DIAGNOSIS
2.
3.
4.
CONSULTANT(S)
PRINCIPAL PROCEDURE(S)/OPERATIONS
SECONDARY PROCEDURE(S)
2.
3.
TREATMENT/O.R. NOTE:

| DISCHARGE DISPOSITION | DISCHARGE CONDITION | SPECIMEN | YES NO | PATIENT EXPIRED: | STILLBORN |
| NURSING HOME TRANSFER AGAINST | GOOD FAIR POOR | DICTATION | YES NO | POST-OP IN OR | NEWLY DIAGNOSED CANCER CASE(S) WITH SICUD TUMOR?] |
| ADMITTED TO OTHER MEDICAL | | | | AUTOPSY MEDICAL EXAMINER | 1_____ N_____ |
| HOME HOSPITAL ADVICE | | | | | |

DISCHARGING PHYSICIAN DATE

1367bi0670
Page 11 DISCHARGING PHYSICIAN DATE
PRINTED BY: MCKPRINT

1367bi0001
Page 6 of 1319



**Washington**
**Hospital Center**

*MedStar Health*



#2

## HISTORY OF PRESENT ILLNESS

Age: 74   Gender: ☐ Male  ☑ Female   Code Status: Full

Dx/Hospital Course: Abd pn. 2 1/2 diver bulitis, of uninalum, went into V. the 2 1/2 hypokalemia (in MICU) → ICU ; determined to have multiple myeloma Anemia + ARF has had out. transfusions

PMH: CHF, HTN, CVA, COPD, A-Fib, hyperlipidemia, DMII

PHS: hysterectomy, appendectomy

Insurance: ☑ Medicare  ☐ Medicaid _____  ☐ Self-Pay  ☑ Commercial Aetna  ☐ Managed Care _____
A+B

Precautions: ☑ N/A  ☐ Weight Bearing Status _____  ☐ Sternal  ☐ Spinal  ☐ Vasospasm  ☐ ROM _____
Other:_____

Medications: lasix, atenolol, Lipitor, Klor-con, Actos, Aggrastat, lisinopril, Symptomcort

Medical Equipment: ☐ Chest Tube  ☐ Ventriculostomy  ☐ Ventilator  ☑ Telemetry  ☐ Restraint _____
☐ Oxygen  ☐ IV  ☑ Foley   ☐ Brace Type:_____
☐ N/A  Other:_____

Labs:   Date: 9/22   WBC 6.89   HGB 8.1   HC 24.9
Tests:_____

## STATUS PRIOR TO ADMISSION

Living Situation: ☐ Alone  ☑ Family/Friend husband - retired   ☐ Nursing Home  ☐ Assisted Living Facility
☐ Other: Plans to stay at another house that has eles

Name/Number of Family Contact: Harrison Dgerow  202/526·5104

Stairs:   # into home 2   # between levels 1, to bedroom.   Rails: ☑ Yes  ☐ No

Equipment: ☑ N/A   ☐ Walker   ☐ Cane   ☐ Crutches   ☐ Wheelchair   ☐ Bedside Commode
☐ Shower Stall  ☑ Bath Tub   ☐ Shower Chair   ☐ Grab Bars   ☐ Glasses   ☐ Hearing Aid
☐ Other _____

Functional: ADL: ☑ DEAN/ADL (w/o in basement + full flight)
Bowel/Bladder ☑
Mobility: last walked a admit to hospital (about 3wks ago)
Employment: Retired
Hand Dominance: ☑ Right   ☐ Left   ☐ Ambidextrous

Baseline Cognition: Ox3

Primary Language: english   Highest Level of Education Completed:_____

Comments:_____

---

| INTERDISCIPLINARY REHABILITATION ASSESSMENT | DO NOT THIN PLACE IN REHAB SECTION |
|---|---|

FORM 1230  05/11/07  93-1230-4  pg 1 of 4

PATIENT LABEL

09/03/08
1C25-P
BUSTOS, ELWIN   22624076
BIGELOW          L  F
MARY
1367bi0070
Page 59 of 4778

PRINTED BY: MCKPRINT

## FUNCTIONAL STATUS

| AMOUNT OF ASSIST | Ind | supr | CG | min | mod | max | dep | NT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| **BED/MOBILITY** | | | | | | | | | |
| Rolling | | | ☒ | ☒M | | | | | ☒ hand placement + bending knees |
| Supine – Sit | | | • | ☒ | ☒M | | | ☒ | ☒ shoulders |
| Sit – Supine | • | | | ☒ | ☒M | | | | ☒ LE's |
| Scooting | | | ☒ | ☒M | | | | | ☒ bedding feet |
| **TRANSFERS** | | | | | | | | | |
| Chair – Bed | | | | ☒ | | | | ☒M | Holds onto there post hand, reaching for bed |
| Bed – Chair | | | | • | | | | ☒ | (+) trunk y |
| Sit – Stand | | | ☒ | | | | | | Low transition |
| Stand – Sit | | | ☒ | | | | | | |
| Commode | | | | | | | | ☒ | |
| **AMBULATION** | | | | | | | | | |
| Level Surface | | | | | | | | ☒M | |
| Uneven Surface | | | | | | | | ☒ | |
| **STAIRS** | | | | | | | | | |
| With Railing | | | | | | | | ☒M | |
| Without Railing | | | | | | | | ☒ | |
| **SELFCARE/SKILLS** | | | | | | | | | |
| Self Feeding | | | | | | | | ☒ | |
| UE Dressing | | | | | | | | ☒ | |
| LE Dressing | | | | | ☒ | | | | |
| Bathing | | | | | | | | ☒ | |
| Toileting | | | | | | | ☒ | | |
| Meal Preparation | | | | | | | | ☒ | |

## FUNCTIONAL INDEPENDENCE MEASURE    ☒ N/A

| SELF CARE | MOBILITY | COGNITION |
|---|---|---|
| Eating | Transfer: | Comprehension |
| Grooming | Bed, Chair, Wheelchair | Expression |
| Bathing | Toilet | **SOCIAL-COGNITION** |
| Dressing — Upper Body | Tub, Shower | Social Interaction |
| Dressing — Lower Body | **LOCOMOTION** | Problem Solving |
| Toileting | Walk/Wheelchair | Memory |
| **SPHINCTER CONTROL** | Stairs | |
| Bladder Control | | • |
| Bowel Control | | |

| LEVELS | Modified Dependence | Complete Dependence |
|---|---|---|
| **Independence** | 5 = Supervision | 2 = Maximal Assist (Subject — 25%+) |
| 7= Complete Independence (Timely, Safely) | 4 = Minimal Assist (Subject — 75%+) | 1 = Total Assis: (Subject — 0%+) |
| 6 = Modified Independence | 3 = Moderate Assist (Subject — 50%+) | |

| INTERDISCIPLINARY REHABILITATION ASSESSMENT | DO NOT THIN PLACE IN REHAB SECTION |
|---|---|

FORM 1230  06/11/07   93-1230-0   pg 3 of 4

PATIENT LABEL

09/03/08
1C25-P
BUSTOS, ELWIN
BIGELOW
MARY        L  F
13674060983    32624076
Page 57 of 4778