UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Houston Bigelow, Individually, and<br>As P.R. of the Estate of Mary Bigelow,<br>Deceased,<br><br>    Plaintiffs,<br><br>        v.<br><br>Washington Hospital Center, Inc.<br>et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01471-RLW<br>Judge Robert L. Wilkins |

# Exhibit 3

1

# In The Matter Of:

*HUSTON BIGELOW, Individually, and as P.R. of the Estate of Mary Bigelow, Deceased,*

*v.*

*WASHINGTON HOSPITAL CENTER CORPORATION, etc., et al.,*

---

*PABLO-BUSTOS, M.D., DORIS V. - Vol. 1*

*October 21, 2011*

---

**MERRILL LAD**

1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSTON BIGELOW, | * |
| Individually, and as P.R. | * |
| of the Estate of Mary | * |
| Bigelow, Deceased, | * |
| | * Case No.: 1001471-RLW |
| Plaintiff, | * |
| | * |
| V. | * |
| | * |
| WASHINGTON HOSPITAL CENTER | * |
| CORPORATION, etc., et al., | * |
| | * |
| Defendants. | * |

Volume I

Videotaped Deposition of

DORIS V. PABLO-BUSTOS, M.D.

Rockville, Maryland

Friday, October 21, 2011

9:03 a.m.

Job No.: 1-206956

Pages 1 - 155

Reported by: Nancy K. Barker, CSR

Page 14

1  Q  November of 2007, were you involved in that
2  care?
3  A  No. Not at --
4  Q  How about December of 2007?
5  A  Was that in the hospital?
6  Q  Yes.
7  A  No, I wasn't involved.
8  Q  But you were treating her as a physician
9  during that time period from your office?
10 A  Correct.
11 Q  And in September 3rd of 2008, when she went
12 in for the extended hospitalization, were you with --
13 treating her in the hospital at that time?
14 A  Correct.
15 Q  Were you the attending physician during the
16 time she was in there, from September 3rd to whenever
17 it was that she left there?
18 A  Yes, I was.
19 Q  And did -- now, many of the records, as
20 we've seen, list Dr. Elwin Bustos as being the
21 attending physician during the hospitalization of
22 September 3rd, 2008. Can you explain how that took

Page 15

1  place?
2  A  There was mix-up in terms of which Bustos
3  they were supposed to put the patient under. My
4  husband is actively in practice in Washington
5  Hospital Center. I do more outpatient, so I don't
6  see that much patient at the Hospital Center.
7     So they were probably referring as, when
8  they said Dr. Bustos, as Elwin Bustos, not Dr.
9  Pablo-Bustos. So there was mix-up in terms of that
10 and they put him under Elwin Bustos. But the
11 hospitalist, Dr. Shepperd, had talked to me about the
12 patient. He had called the office about the patient
13 being admitted and the patient saying that Dr. Bustos
14 was the primary care.
15 Q  And was Dr. Pablo -- excuse me, Dr. Elwin
16 Bustos ever an attending physician for Mrs. Bigelow
17 in the hospital?
18 A  What period of time?
19 Q  2008, September 3rd, 2008.
20 A  No.
21    MR. GONSALVES: Objection. You're confused
22 by his question. You mean after September?

Page 16

1     MR. LOWE: Yes.
2     MR. GONSALVES: During this hospitalization?
3  BY MR. LOWE:
4  Q  During this hospitalization of September
5  3rd, was Dr. Elwin Bustos ever the attending
6  physician for Mrs. Bigelow?
7     MR. GONSALVES: I object to the form of
8  that. Go ahead. You can answer, if you can answer.
9  A  He wasn't the attending. I was the
10 attending.
11 Q  Now, there are places in the records, for
12 example, I remember one was a CT scan being ordered,
13 where it said the ordering physician was Dr. Elwin
14 Bustos. Is that also a mix-up, or would those be
15 accurate when they said that it was Elwin Bustos who
16 ordered them?
17    MR. HERSCHFELD: Objection.
18    MR. GONSALVES: Objection. You might have
19 to go over the time frame. Dr. Elwin Bustos saw this
20 patient on September the 5th. So if the order is
21 dated September the 5th, presumably that would be Dr.
22 Elwin Bustos's order. If it's another time, which I

Page 17

1  don't know.
2     MR. LOWE: Well, that's fine. I'll leave it
3  for now.
4  BY MR. LOWE:
5  Q  There was a later hospitalization at
6  Washington Hospital Center in December of 2008 when
7  Mrs. Bigelow was back in. Do you know about that
8  hospitalization?
9  A  No.
10 Q  You were not involved in that?
11 A  I was not involved in that care.
12 Q  How were you involved in Mrs. Bigelow's
13 decision to enter Washington Hospital Center in
14 September of 2008?
15 A  I talked with Mr. Bigelow in the morning
16 because I think they have called the office for --
17 about Mrs. Bigelow having abdominal pain. When I
18 talked to Mr. Bigelow, he said that they are in the
19 hospital. So I knew she was in the hospital, at
20 Washington Hospital Center.
21    And then I was doing office at that time,
22 seeing patients, and Dr. Shepperd called me and said