UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Houston Bigelow, Individually, and As P.R. of the Estate of Mary Bigelow, Deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>Washington Hospital Center, Inc. et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01471-RLW<br>Judge Robert L. Wilkins |

# Exhibit 4

### Declaration of Archie Rich, II

When I drafted and sent the May 14, 2009 Notice letter, appended to this Declaration in the case of *Bigelow v. Elwin Bustos, M.D., et al.,* CA 10-cv-01471-RLW, I was attempting in good faith to comply with the statute, D.C. Code §16-2801, *et seq.*, by sending the notice letter to those who would be defendants in the medical malpractice case to be filed by Mary Bigelow and Houston Bigelow, including her Attending Physician.

At the time the letter was sent, I was unaware that although the records of Washington Hospital Center showed Elwin Bustos, M.D., to be the Attending Physician for Mary Bigelow at the Washington Hospital Center for the hospitalization which is the subject of the pending law suit, in fact Doris Pablo-Bustos was actually the Attending Physician for Mary Bigelow when she was admitted.

If I had come to know at the time the Notice letter was drafted that Doris Pablo-Bustos was the Attending Physician for Mary Bigelow when she was admitted to the Washington Hospital Center for her medical care which is the subject of this law suit, I would have included her in the Notice letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March, 2013.

/s/Archie Rich, II