UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Houston Bigelow, Individually, and | * | |
| as P.R. of the Estate of Mary Bigelow, | * | |
| Deceased, | * | |
| | * | |
| Plaintiffs, | * | Case No.: 10-01471-RLW |
| | * | Judge Robert L. Wilkins |
| v. | * | |
| | * | |
| Doris Pablo Bustos, M.D., and | * | |
| Elwin Bustos, M.D., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFFS' REPLY LETTER CONCERNING DISPOSITIVE MOTIONS**

The shortcoming in Defendants' letter opposing Plaintiffs' letter proposing a motion to eliminate the Joint Tortfeasor Status as an issue in the case, is that Defendants avoid Plaintiffs' primary point: Defendants failed to comply with the legal requirement to serve a Rule 26(a)(2) notice identifying experts they will offer on the issue of joint tort feasor, along with a report from those experts signed by the experts setting forth their proposed expert opinions on that subject without seeing such documents. If Defendants were permitted to offer undisclosed opinions of experts against Plaintiffs on the joint tort feasor issue, Plaintiffs would not be able to prepare to properly prepare to meet that issue at trial.

It is not enough under Rule 26(a)(2) for Defendants to say "we adopt the experts of Plaintiffs." Rule 26(a)(2) is explicit. Defendants must present signed reports stating the opinion that the experts will offer at trial against Plaintiff's on the joint tort feasor issue. Plaintiffs are entitled to have such reports, if Defendants are going to offer at trial one or more of the expert witnesses being offered by Plaintiffs so Plaintiffs can prepare to meet that evidence at trial were it to be admitted.

1

Wrapped up in that defect is the fact that Plaintiffs will not be offering their experts for the joint tort feasor issue Defendants want to cross examine them upon, but rather upon the errors of Dr. Bustos and Dr. Pablo Bustos. Therefore cross examination would be improper as to the joint tort feasor issue because it would not be responsive to the testimony given by the experts in support of the claim of Plaintiffs against the Defendants.

Accordingly, Plaintiffs ask the Court for leave to file such a Summary Judgment Motion.

*/s/ John C. Lowe*
John C. Lowe (#427019)
John Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816

Michael S. Wilson, MD, JD   (#941674)
1120 19th Street, N.W., LL-11
Washington, DC 20036
Wilson@wilsonlaw.com
(202) 223-4488

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2013, a copy of the foregoing Letter will be sent by ECF to the following:

Edward Gonsalves, Esq.
Armstrong, Donohue, Ceppos, Vaughan & Rhoades, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850
*Counsel for Elwin Bustos, M.D. and
         Doris Pablo-Bustos, M.D.*

/s/ John Lowe