UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Houston Bigelow, Individually, and<br>as P.R. of the Estate of Mary Bigelow,<br>Deceased, | * * * * | |
| Plaintiffs, | * * | Case No.: 1:10-cv-001471-RLW<br>Judge Robert L. Wilkins |
| v. | * * | |
| Elwin Bustos, M.D., et al., | * * | |
| Defendants. | * | |

## ORDER

**UPON CONSIDERATION** of the Defendant, Doris Pablo-Bustos, M.D.'s Motion to Dismiss the Plaintiff's Complaint and Claims for Failure to Comply with D.C. Code § 16-2801, *et seq.*, the Plaintiff's Opposition, Defendant Doris Pablo-Bustos, M.D.'s Reply, oral argument on April 15, 2013 and May 13, 2013, and Supplemental Briefs from the parties, and for the reasons stated on the record in open court on May 13, 2013, it is by the United States District Court for the District of Columbia, this 15th day of May, 2013, hereby

**ORDERED**, that Defendant Doris Pablo-Bustos, M.D.'s Motion to Dismiss Plaintiff's Complaint and Claims, be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that the Plaintiff's Complaint and Claims against Defendant, Doris Pablo-Bustos, M.D., are **DISMISSED WITH PREJUDICE.**

_____
The Honorable Robert L. Wilkins
U.S. District Court for the District of Columbia

cc:

Michael M. Wilson, Esquire
1120 19th Street, N.W., LL-11
Washington, D.C. 20036

John C. Lowe, Esquire
John Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816

Edward A. Gonsalves, Esquire
Nicholas G. Hallenbeck, Esquire
ARMSTRONG, DONOHUE, CEPPOS,
VAUGHAN & RHOADES, CHTD.
204 Monroe Street, Suite 101
Rockville, MD 20850