UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Houston Bigelow, Individually, and <br> as P.R. of the Estate of Mary Bigelow, <br> Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> Elwin Bustos, M.D. <br><br> Defendant. | * <br> * <br> * <br> * <br> *    Case No.: 1001471-RLW <br> *    Judge Robert L. Wilkins <br> * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT ELWIN BUSTOS, M.D.'S OPPOSITION TO THE PLAINTIFF'S MOTION IN LIMINE

**COMES NOW** the Defendant, Elwin Bustos, M.D., by and through his counsel, Edward A. Gonsalves, Esquire, Nicholas G. Hallenbeck, Esquire, and the law firm of ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN, & RHOADES, CHARTERED, and hereby files this Opposition to the Plaintiff's Motion *in Limine*. As grounds in support of this Opposition, Dr. Bustos respectfully states, as follows:

1. The Defendant has no intention of *arguing* to the jury (a) that anyone was negligent, or (b) that anyone was a joint tortfeasor. The Defendant, however, reserves the right to introduce evidence at trial necessary to support a special verdict jury finding regarding the liability of the settling Defendant, Washington Hospital Center, and its agents, servants and employees. *See* Docket Number 87 – Memorandum Opinion and Order of Judge Wilkins, dated December 21, 2012; *and* Exhibit A - Defendant's Expert Witness Designation at pages 3 - 5.

2. Professional medical licenses, or lack thereof, are a proper subject of cross-examination of an expert medical witness at trial. Accordingly, the Defendant intends to cross-exam Dr. Badii on the fact that he is not licensed to practice medicine in Washington, D.C.

**WHEREFORE**, the Defendant, Elwin Bustos, M.D., respectfully requests that this Court enter an Order denying the Plaintiff's Motion *in Limine*, and respectfully request such additional relief as this Court may deem appropriate.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS VAUGHAN & RHOADES, CHTD.**

*/s/ Edward A. Gonsalves*
Edward A. Gonsalves, Esquire (#425160)
eag@adclawfirm.com
Nicholas G. Hallenbeck, Esquire (#992060)
ngh@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, MD 20850
301-251-0440
*Counsel for Defendant Elwin Bustos, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2013, a copy of the foregoing Defendant Elwin Bustos, M.D.'s Opposition to the Plaintiff's Motion *in Limine*, was served via first-class mail, postage prepaid, to:

John C. Lowe, Esquire
John Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816
*Attorney for Plaintiffs*

*/s/ Nicholas G. Hallenbeck*
Nicholas G. Hallenbeck