**Plaintiff's Voir Dire**

1. Have you or any member of your immediate family ever had any training in the field of medicine or any employment in the office of a physician or hospital?

2. Have you or any member of your immediate family ever had any legal training or any employment as a lawyer, legal assistant, or secretary?

3. Have you or any member of your immediate family ever made a claim or filed a lawsuit for personal injuries suffered in an accident or on the job?

4. Has anyone ever filed a claim or lawsuit against you or any member of your immediate family?

5. This trial is anticipated to take up to two weeks. Do any of you believe that it would constitute a hardship, because of prior commitments or any other reason, to complete your service as a juror in this case?

6. Have any of you ever served on a jury before either in the District of Columbia or in any other jurisdiction? If so, please state whether any such prior experience would make it difficult for you to serve fairly and impartially as a juror in this case.

7. Have any of you ever given testimony as a witness in a court of law or any other hearing or proceeding which involved a claim for personal?

8. Has anyone read any articles, or seen any programs on television concerning proposals to change the way in which personal injury lawsuits are decided by the courts?

9. Do any of you belong to a tort reform organization, or any other organization which advocates changes in the way in which personal injury lawsuits are decided by the courts?

10. Does anyone believe that the testimony of a physician or nurse should be accepted or given greater weight simply because that person is a physician or nurse?

11. This trial is anticipated to take up to two weeks. Do any of you believe that it would constitute a hardship, because of prior commitments or any other reason, to complete your service as a juror in this case?

12. Do any of you know the Plaintiff, Houston Bigelow, or any member of his family -- Angela M. Campbell, Sherwin D. Bigelow, Kelvin W. Bigelow, or Saundra Bigelow.

13. Do any of you know Dr. Elwin Bustos, who is a physician practicing in the District of Columbia?

14. Do any of you know the following witnesses who are expected to testify at trial (read witness lists of Plaintiffs and Defendant)?

16. Do any of you know John Lowe, the lawyer representing Houston Bigelow?

17. Do any of you know Archie Rich or Michael Wilson, two local lawyers?

18. Do any of you know Edward Gonsalves, Nicholas Hallenbeck, or any members of the firm of Armstrong, Donohue, Ceppos, Vaughan & Rhoades, Chartered, the lawyers representing Dr. Bustos?

19. Have you any family member or close friend who is a doctor, a nurse, or is connected with any hospital or medical practice?

20. Have you, or any family member, or any close friend had any nursing, medical education, training or experience?

21. Have any of you, members of your family or close friends had legal training or experience, or worked for a lawyer?

22. Do you know of any reason at all why you would not be able to render a fair verdict in this case based upon evidence presented and the instructions of the court without sympathy, passion, or prejudice for or against any party?

23. Does any member of the jury panel have a health problem which would affect your ability to see or hear the evidence in this trial, cause you problem if you must sit in the jury box for long periods, or affect your ability to pay close attention to the evidence throughout the trial of this case?

24. This trial is anticipated to take up to two weeks. Do any of you believe that it would constitute a hardship, because of prior commitments or any other reason, to complete your service as a juror in this case?

25. Does anyone feel that there are too many lawsuits against doctors and hospitals?

26. Does anyone feel that if a person has been injured due to the negligence of another, that it would be wrong or unseemly to file a lawsuit to seek compensation for pain and suffering for those injuries?

27. Does anyone feel that it would be desirable to enact tort reform to protect doctors and hospitals from lawsuits for medical malpractice?

28. Do you or any family members or close friends work for an insurance company?

**Defendant's Voir Dire**

Dr. Bustos objects to the Plaintiff's voir dire questions numbered 25, 26 and 27 as redundant.

1. Do you or does any member of your family know socially or through business, Plaintiff Houston Bigelow?

2. Do you or does any member of your family or close personal friends know, or ever have been represented, by the attorney representing Plaintiff Houston Bigelow?  He is John C. Lowe, Esquire.

3. Have any of you or anyone in your family or close personal friends ever been employed by, or received medical treatment from or had any business, or had any connection with Washington Hospital Center?

4. Do you or any member of your family or close personal friends know socially or professionally Defendant Elwin Bustos, M.D.?

5. Do you or does any member of your family or close personal friends know, or have ever been represented by, the attorneys representing Defendants?  They are Edward A. Gonsalves and Nicholas Hallenbeck of the law firm of Armstrong, Donohue, Ceppos, Vaughan & Rhoades, Chartered based in Rockville, Maryland.

6. Do any of you or anyone in your family or close personal friends have any expertise or training in medicine?

7. Do any of you, or anyone in your family or close personal friends employed as a doctor, nurse, or employed in any manner in the medical field?

8. Have you or any member of your family or close personal friends ever sustained any kind of complication to surgery requiring additional treatment, hospitalization, or surgery?

9. Have you or any member of your immediate family ever suffered any complications from any medical treatment requiring additional treatment, hospitalization or surgery?

10. Have you or any member of your immediate family ever suffered a heart attack?

11. Have you or any member of your immediate family required dialysis?

12. Have you or any member of your immediate family ever suffered permanent injury or disability requiring ongoing nursing or medical care?

13. Have you or any member of your immediate family or close personal friends ever been a lawyer, received legal training or been employed by a lawyer?

14. Do any of you or any of your family members or close personal friends have or have ever had any expertise or experience or job responsibilities as claims investigators or claims adjusters?

15. Have you or any members of your immediate family or close personal friends ever been involved in a lawsuit arising from medical treatment and care?

16. Have any of you or any of your family members or close personal friends ever been sued or had a claim made against you?

17. Have any of you or any of your family members or close personal friends ever had a claim filed against you by another for personal injuries that they sustained?

18. The following is a list of persons who may appear as witnesses in this case. Following the reading of this list, please advise if you know or have any business relationship with any of these persons:

**IDENTIFY WITNESSES (including Drs. Hattwick, Gehr, Hansen, Lee, Jamieson, Sethi, Badii, Bhimji, Seifter, Dr. Pablo-Bustos, and any other treating physicians Defendant will call to testify.**

19. Do any of you believe that you have any bias, sympathy, or prejudice that would prevent you from considering all the evidence, the instructions on the law and from rendering a fair and impartial verdict in this case?

20. Have any of you ever served as a juror in a civil case?  Do you think anything in your earlier experience as a juror may affect your ability to serve as a juror in this case with complete impartiality?

21. If any of you have ever been involved as a litigant or witness in another case, whether civil or criminal, would you feel that there is anything about that experience which would prevent you from serving impartially in this case?

22. If I, as the Judge, instruct you on the law on this case as it is to be applied, will any of you refuse to apply the law the facts in accordance with those instructions?

23. Have any of you formed conclusions, or developed any bias, as a result of what you have learned in this case to this point in the proceedings?

24. The trial of this case is scheduled to begin today and will likely conclude next Friday.  Do any of you have any problems or other conflicts which would affect your ability to sit as a juror in this case today and until its completion?

25. Have you or any members of your immediate family or close personal friends ever received medical treatment at Washington Hospital Center?

26. Have you or any members of your immediate family or close personal friends ever suffered from renal (kidney) failure?

27. Have you or any members of your immediate family or close personal friends ever suffered from a heart attack?

28. Have you or any members of your immediate family or close personal friends ever suffered from multiple myeloma?

29. Have you or any members of your immediate family or close personal friends ever taken heart medication for an underlying heart condition?