| | |
|---|---|
| **HOUSTON BIGELOW, Individually, and as P.R. of the Estate of Mary Bigelow, Deceased**, | |
| Plaintiff, | Civil Action No. 10-cv-1471 (RLW) |
| **v.** | |
| **ELWIN BUSTOS, M.D.**, | |
| Defendant. | |

## VOIR DIRE

1.      Based on the summary of this case that I just read to you, have you heard anything about this case before today, or do you otherwise have any outside knowledge about this case?

2.      Do you know or have any familiarity with any of the individuals who are involved with this case?

    a.  The plaintiff, Houston  Bigelow, or the decedent, Mary Bigelow

    b.  The plaintiff's attorney, John Lowe, Esq.

    c.  The defendant, Dr. Elwin Bustos, M.D.

    d.  The defendant's attorneys, Edward Gonsalves, Esq., or Nichols Hallenbeck, Esq.

    e.  Any of the potential witnesses or other names you may hear during the case:

        i.  Angela M. Campbell

        ii.  Houston Bigelow, Jr.

        iii.  Roozbeh Badii, M.D.

        iv.  Shabir Bhimji, M.D.

        v.  Julian L. Seifter, M.D.

vi. Doris Pablo-Bustos, M.D.

vii. Cosette Jamieson, M.D.

viii. Harminder Sethi, M.D.

ix. Gary Thompson, M.D.

x. Adam Strickberger, M.D.

xi. Nurse Julie Barnard

xii. Joseph A. Quash, Jr., M.D.

xiii. Elwin Bustos, M.D.

xiv. Michael Hattwick, M.D.

xv. David Hansen, M.D.

xvi. Kenneth M.H. Lee, M.D.

xvii. Todd Gehr, M.D.

xviii. Lemi Luu, M.D.

xix. Carolyn Phillips, M.D.

3.      Have you or any member of your immediate family ever had any training in the field of medicine, or been employed as a doctor, nurse, or otherwise in connection with a hospital, a physician's office, or a medical practice?

4.      Have you or any member of your immediate family ever had any legal training or any employment as a lawyer, legal assistant, or secretary?

5.      Have you or any member of your immediate family ever made a claim or filed a lawsuit for personal injuries?

6.      Has anyone ever filed a claim or lawsuit against you or any member of your immediate family?

7.    Have any of you or anyone in your family or close personal friends ever been employed by, or received medical treatment from or had any business, or had any connection with Washington Hospital Center?

8.    Have you or any member of your immediate family ever suffered any complications from any medical treatment requiring additional treatment, hospitalization or surgery?

9.    Have you or any members of your immediate family or close personal friends ever suffered from multiple myeloma?

10.     Have you or any member of your immediate family required dialysis or suffered from renal (kidney) failure?

11.    Have you or any member of your immediate family ever suffered a heart attack, or taken heart medication for an underlying heart condition?

12.    Have you or any member of your immediate family ever suffered permanent injury or disability requiring ongoing nursing or medical care?

13.    Have any of you ever served as a juror in a civil case?

14.    Have you ever been involved as a litigant or witness in another case, whether civil or criminal?

15.    Do any of you believe that the testimony of a physician or nurse should be accepted or given greater weight simply because that person is a physician or nurse?

16.    If I, as the Judge, instruct you on the law on this case as it is to be applied, do you have any reason to believe you will be unable to apply the law in accordance with those instructions?

17.     The trial of this case is scheduled to begin today and will likely conclude next Friday, October 25.  Do any of you have any problems or other conflicts which would make it a severe hardship for you to sit as a juror in this case today and until its completion?

18.     Have any of you formed conclusions, or developed any bias, as a result of what you have learned in this case to this point in the proceedings?

19.     Do you know of any other reason, not already discussed, that might interfere with your ability to arrive at a fair and impartial verdict in this case based on the law that I give you, or that otherwise causes you to feel that you cannot or should not sit as a juror in this case?