UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOUSTON BIGELOW, Individually,
and as P.R. of the Estate of Mary
Bigelow, Deceased,

        Plaintiff,

v.

ELWIN BUSTOS, M.D.,

        Defendant.

Civil Action No. 10-cv-1471 (RLW)

## SPECIAL VERDICT FORM

1. Did Dr. Elwin Bustos violate the standard of care in his treatment of Mary Bigelow?

    _____ Yes            _____ No

**If your answer to question 1 is yes, go to question 2. If your answer to question 1 is no, this is your verdict.**

2. Did Dr. Elwin Bustos' violation of the standard of care proximately cause the injuries to Mary Bigelow?

    _____ Yes            _____ No

**If your answer to question 2 is yes, go to question 3. If your answer to question 2 is no, this is your verdict.**

3. Did the Washington Hospital Center, or its agents, employees and/or servants violate the standard of care in the treatment of Mary Bigelow?

    _____ Yes            _____ No

**If your answer to question 3 is yes, go to question 4. If your answer to question 3 is no, go to question 5.**

4. Did the violation of the standard of care by the Washington Hospital Center or its agents, employees and/or servants proximately cause the injuries to Mary Bigelow?

    _____ Yes            _____ No

**Go to question 5.**

5. In what amount do you find damages for Houston Bigelow?

   Loss of consortium _____

   In what amount do you find damages for the Estate of Mary Bigelow?

   Economic damages (medical bills) _____

   Non-Economic damages _____

   _____
   Foreperson