# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOUSTON BIGELOW, Individually, and as P.R. of the Estate of Mary Bigelow, Deceased,<br><br>            Plaintiff,<br><br>            v.<br><br>ELWIN BUSTOS, M.D.,<br><br>            Defendant. | Civil Action No. 10-cv-1471 (RLW) |

## SPECIAL VERDICT FORM

1. Did Dr. Elwin Bustos violate the standard of care in his treatment of Mary Bigelow?

    _____ Yes       __X__ No

**If your answer to question 1 is yes, go to question 2. If your answer to question 1 is no, this is your verdict.**

2. Did Dr. Elwin Bustos' violation of the standard of care proximately cause the injuries to Mary Bigelow?

    _____ Yes       _____ No

**If your answer to question 2 is yes, go to question 3. If your answer to question 2 is no, this is your verdict.**

3. Did the Washington Hospital Center, or its agents, employees and/or servants violate the standard of care in the treatment of Mary Bigelow?

    _____ Yes       _____ No

**If your answer to question 3 is yes, go to question 4. If your answer to question 3 is no, go to question 5.**

4. Did the violation of the standard of care by the Washington Hospital Center or its agents, employees and/or servants proximately cause the injuries to Mary Bigelow?

    _____ Yes       _____ No

**Go to question 5.**

5.  In what amount do you find damages for Houston Bigelow?

    Loss of consortium _____

    In what amount do you find damages for the Estate of Mary Bigelow?

    Economic damages (medical bills) _____

    Non-Economic damages _____

    _____
    Foreperson

    10/25/2013