AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HOUSTON BIGELOW )<br>*Plaintiff* )<br>v. )<br>ELWIN BUSTOS M.D. )<br>*Defendant* ) | Civil Action No.  10-cv-01471-RLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment in favor of the Defendant Elwin Bustos, M.D. against the Plaintiff Houston Bigelow.
.

This action was *(check one)*:

☑ tried by a jury with Judge  Robert L. Wilkins  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  10/30/2013               ANGELA D. CAESAR, CLERK OF COURT

                                /s/ Terri C. Barrett
                                *Signature of Clerk or Deputy Clerk*